UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRES CARRILLO, et al.,

                              Plaintiffs,

                 -v-

KAY WATERPROOFING CORP., et al.,

                              Defendants.

19 Civ. 1365 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 16, 2019, plaintiffs filed a motion for default judgment against the following defendants: Monster Construction LLC (d/b/a Monster Construction); Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration); Galicia Contracting and Restoration Corp., a.k.a. Galicia Contracting Corp. (d/b/a Galicia Contracting and Restoration); Saul Gonzalez; Ronald Duarte; and Eric Hermosillo. *See* Dkt. 93. The Court hereby orders that a hearing on plaintiffs' motion for default judgment be held on February 7, 2020, at 2:30 p.m. Plaintiffs are directed to serve this order, as well as plaintiffs' motion for default judgment and supporting papers, on the specified defendants and to file proof of such service by January 7, 2020.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: December 17, 2019
        New York, New York