# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  
New York, New York 10165  
_____

gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 7, 2020

**BY ECF**

Judge Paul A. Engelmayer  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

   Re: **Carrillo et al v. Kay Waterproofing Corp. et al**  
     *Case No. 19-cv-01365 (PAE) (HBP)*

Your Honor:

  I am counsel to Plaintiffs in the above-referenced matter. We are writing to respectfully request a one-week extension of the deadline to file affidavits of service of the default motion. The reason being is that despite the process server's efforts, they were not able to serve Ronald Duarte as of yet. We will proceed to try to find an alternative address and serve him there.

  We thank you for your attention to this matter.

                Respectfully Submitted,

                /s/ *Gennadiy Naydenskiy*  
                Gennadiy Naydenskiy, Esq.  
                MICHAEL FAILLACE & ASSOCIATES, P.C.  
                *Attorneys for Plaintiff*

Granted.  The affidavits of service are due by January 14, 2020.

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge

January 8, 2020

*Certified as a minority-owned business in the State of New York*