UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANDRES CARRILLO, et al.,

                                               Plaintiffs,

                          -v-

KAY WATERPROOFING CORP., et al.,

                                               Defendants.

19 Civ. 1365 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

Because of a scheduling conflict, the hearing on plaintiffs' motion for default judgment scheduled for February 7, 2020 at 2:30 p.m. is hereby rescheduled for February 7, 2020 at 9:30 a.m. Plaintiffs are directed to serve this order on defendants Monster Construction LLC (d/b/a Monster Construction); Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration); Galicia Contracting and Restoration Corp., a.k.a. Galicia Contracting Corp. (d/b/a Galicia Contracting and Restoration); Saul Gonzalez; Ronald Duarte; and Eric Hermosillo; and to file proof of such service by February 4, 2020.

    SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated: January 28, 2020
       New York, New York