UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ANDRES CARRILLO, et al., |
|                                                         Plaintiffs, |
|                 -v- |
| KAY WATERPROOFING CORP., et al., |
|                                                           Defendants. |

19 Civ. 1365 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' request for an extension to file affidavits of service and to adjourn the default judgment hearing scheduled for February 7, 2020. Dkt. 110. The default judgment hearing is hereby adjourned until **March 5, 2020 at 2:30 p.m.** Plaintiffs are directed to serve this order on defendants Monster Construction LLC (d/b/a Monster Construction); Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration); Galicia Contracting and Restoration Corp., a.k.a. Galicia Contracting Corp. (d/b/a Galicia Contracting and Restoration); Saul Gonzalez; Ronald Duarte; and Eric Hermosillo; and to file proof of such service no later than February 27, 2020.

The Court directs plaintiffs to provide two sets of courtesy copies of their default judgment motion papers, including their memorandum of law and the papers outlined in Rule 3.M of the Court's Individual Rules, to the Court's chambers by February 27, 2020.

SO ORDERED.

／s/ Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: February 6, 2020
New York, New York