UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANDRES CARRILLO, et al.,

                                Plaintiffs,

-v-

KAY WATERPROOFING CORP., et al.,

                                Defendants.

19 Civ. 1365 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       A default judgment hearing is currently scheduled for March 5, 2020. On February 6, 2020, the Court ordered plaintiffs—following a request by plaintiffs for an extension—to file affidavits of service on the docket of this case by February 27, 2020. Dkt. 111. The Court also ordered plaintiffs to provide two courtesy copies of their default judgment motion papers, including their memorandum of law and papers outlined in Rule 3.M of the Court's Individual Rules, to the Court's chambers by the same date. *Id.* Plaintiffs have failed to comply with either order.

       Plaintiffs are thus ordered, no later than **tomorrow, March 4, 2020 at noon**, (1) to file proof of service of the default motion and the Court's February 6, 2020 Order on defendants Monster Construction LLC (d/b/a Monster Construction); Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration); Galicia Contracting and Restoration Corp., a.k.a. Galicia Contracting Corp. (d/b/a Galicia Contracting and Restoration); Saul Gonzalez; Ronald Duarte; and Eric Hermosillo; and (2) to supply the Court's chambers the courtesy copies described above. Failure to do so will result in adjournment of the default judgment hearing.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: March 3, 2020
       New York, New York