UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRES CARRILLO, et al., | |
|                                   Plaintiffs, | 19 Civ. 1365 (PAE) |
| -v- | ORDER |
| KAY WATERPROOFING CORP., et al., | |
|                                   Defendants. | |

PAUL A. ENGELMAYER, District Judge:

Due to the current public health situation, the default judgment hearing scheduled for April 2, 2020 at 10 a.m. is adjourned to **May 21, 2020 at 10 a.m.** Plaintiffs are directed to serve this order on defendants Monster Construction LLC (d/b/a Monster Construction); Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration); Galicia Contracting and Restoration Corp., a.k.a. Galicia Contracting Corp. (d/b/a Galicia Contracting and Restoration); Saul Gonzalez; Ronald Duarte; and Eric Hermosillo; and to file proof of such service no later than May 14, 2020.

The Court directs plaintiffs to provide two sets of courtesy copies of their default judgment motion papers, including their memorandum of law and the papers outlined in Rule 3.M of the Court's Individual Rules, to the Court's chambers by May 14, 2020.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: March 13, 2020
       New York, New York