# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

June 24, 2020

**BY ECF**

Judge Paul A. Engelmayer  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   **Carrillo et al v. Kay Waterproofing Corp. et al**  
*Case No. 19-cv-01365 (PAE) (HBP)*

Your Honor:

I am counsel to Plaintiffs in the above-referenced matter. We are writing to respectfully request an adjournment of the June 26, 2020 conference *sine die*. The reason for the request is because Plaintiffs' counsel will shortly be amending the complaint as a right. Therefore, upon amendment the default will be moot. Therefore, we respectfully request the June 26, 2020 conference be adjourned *sine die*.

We thank you for your attention to this matter.

Respectfully Submitted,

/s/ *Gennadiy Naydenskiy*  
Gennadiy Naydenskiy, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiff*

Granted. The June 26, 2020 conference is adjourned. Plaintiffs must file an amended complaint no later than July 8, 2020. They should not expect extensions of this deadline. At that time, the Court will terminate the declaratory judgment motion as moot.

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge

June 24, 2020