UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES CARRILLO, et al., individually and on behalf of others similarly situated,

                Plaintiffs,

  against

KAY WATERPROOFING CORP. a/k/a K RESTORATION & ROOFING CORP. d/b/a K RESTORATION & ROOFING, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 1365 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 24, 2020, the Honorable Paul A. Engelmayer granted Plaintiffs leave to file an amended complaint by July 8, 2020. (ECF No. 119). Plaintiffs failed to do so. Plaintiffs are directed to file a letter of explanation by **Monday, July 13, 2020**.

Dated:     New York, New York
              July 9, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**