UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRES CARRILLO, et al.,

                              Plaintiffs,

              -v-

KAY WATERPROOFING CORP., et al.,

                              Defendants.

19 Civ. 1365 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 13, 2020, plaintiffs filed an amended complaint. Dkt. 123. The Court therefore denies plaintiffs' motion for a default judgment as moot. Dkt. 93. The Court grants plaintiffs leave to re-file the amended complaint to correct the errors identified on the docket by the Clerk's office. Plaintiffs are to file the new amended complaint by July 17, 2020.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 93 and 124.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           Paul A. Engelmayer
                                                            United States District Judge

Dated: July 15, 2020
         New York, New York