UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES CARRILLO, et al.,

                            Plaintiffs,

        against

MONSTER CONSTRUCTION LLC (D/B/A MONSTER
CONSTRUCTION), et al.,

                            Defendants.

CIVIL ACTION NO.: 19 Civ. 1365 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 13, 2020, Plaintiffs filed an amended complaint. (ECF No. 123). The Clerk's Office identified defects in the amended complaint, and the Honorable Paul A. Engelmayer granted Plaintiffs leave to correct and re-file the amended complaint by July 17, 2020. (See ECF No. 125). Plaintiffs filed the First Amended Complaint ("FAC") on July 17, 2020. (ECF No. 126). There is no indication that any Defendants named in the FAC have been served, and no answers to the FAC have been filed. The parties are directed to file a Joint Status Letter by **Thursday, October 29, 2020.**

Dated:        New York, New York
              October 22, 2020

                                    SO ORDERED

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**