UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES CARRILLO, et al.,

                Plaintiffs,

  -v-

MONSTER CONSTRUCTION LLC (D/B/A MONSTER CONSTRUCTION), et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 1365 (JPC) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 30, 2020, the Court granted Plaintiffs' Letter-Motion (ECF No. 130) for an extension of time to serve Defendants. (ECF No. 31). The docket now reflects that Defendants Eric Hermosillo, Ronald E. Duarte-Lopez, Monster Construction LLC, Galicia Construction Co., Inc., Galicia Contracting and Restoration Corp., and Saul Sosa, were served between November 3, 2020 and November 5, 2020. (ECF Nos. 132–37). Accordingly, the deadline for these Defendants to answer under Federal Rule of Civil Procedure was, at the latest, Monday, November 30, 2020 (and for most of these Defendants, the deadline was Tuesday, November 24, 2020). (See Fed R. Civ. P. 12(a)(1)(A)(i), 26(a)(1)(C)).

No Answers or other appearances having been filed on the docket, Plaintiffs are hereby ORDERED to request Certificates of Default from the Clerk of Court by **Thursday, December 10, 2020**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable John P. Cronan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Thursday, December 24, 2020**.

Dated:     New York, New York
            December 3, 2020

SO ORDERED

*Sarah Cave*
_____
SARAH L. CAVE
**United States Magistrate Judge**