# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

February 17, 2021

**BY ECF**
Judge Sara L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　Re:　　**Carrillo et al v. Kay Waterproofing Corp. et al**
　　　　　　　　　*Case No. 19-cv-01365 (PAE) (HBP)*

Your Honor:

　　　I am counsel to Plaintiffs in the above-referenced matter. We are writing to respectfully request counsel be allowed to withdraw from representing Plaintiff Edson Abel Meza Alvarez[1]. Unfortunately, counsels' office lost contact with Plaintiff Alvarez. Counsels' office has called and left a voicemail for Plaintiff Alvarez on 1/6/21, 1/11/21, 1/20/21, and 1/27/21. Additionally, Counsels' office wrote to Plaintiff Alvarez to, *inter alia*, call us back. Plaintiff Alvarez did not respond to the above calls, voicemails, or mailings. Therefore, we respectfully request to withdraw from representing Plaintiff Alvarez in this matter. Counsels' office will mail this motion to Plaintiff Alvarez concurrently with the filing. We respectfully request to be excused from serving the remaining Defendants which have all defaulted. Counsels' office will not be asserting a retaining or charging lien against Plaintiff Alvarez for this matter.

　　　We thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

---

[1] Plaintiff Alvarez was part of a settlement between Plaintiffs and several of the original Defendants. The remaining defendants have all defaulted.

February 17, 2021
Page 2

/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

Plaintiffs' counsel's letter-motion requesting to withdraw from representing individual Plaintiff Edson Abel Meza Alvarez (ECF No. 175) is GRANTED.  Counsel shall serve a copy of this order on Plaintiff Alvarez and file proof of service by **Friday, February 26, 2021**.  Plaintiffs' counsel is excused from serving a copy of this order on the defaulting Defendants.

The Clerk of Court is respectfully directed to close ECF No. 175.

SO-ORDERED 2/18/2021

SARAH L. CAVE
United States Magistrate Judge