UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                 :

ANDRES CARRILLO et al.,                :

                       :

           Plaintiffs,      :                 19-CV-1365 (JPC)

                       :

      -v-                 :                    ORDER

                       :

KAY WATERPROOFING CORP. et al.,   :

                       :

           Defendants.    :

                       :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      All parties remaining in this action shall appear for a teleconference on September 22, 2021

at 2:30 p.m.  At the scheduled time, counsel should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: September 18, 2021
      New York, New York                              JOHN P. CRONAN
                                              United States District Judge