```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANDRES CARRILLO et al.,                                          :
                                                                 :
                              Plaintiffs,                        :
                                                                 :    19 Civ. 1365 (JPC)
              -v-                                                :
                                                                 :            ORDER
MONSTER CONSTRUCTION LLC                                         :
(D/B/A MONSTER CONSTRUCTION) et al.,                             :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 2, 2021, the Court ordered Plaintiffs to serve Defendants via overnight courier with a copy of the Court's December 2, 2021 Order within one week of the date of the Order and to file proof of such service on the docket within two business days of service. Dkt. 194. The deadline for Plaintiffs to serve Defendants with the December 2, 2021 Order has passed and Plaintiffs have not filed proof of such service on the docket. Accordingly, it is hereby ORDERED that, by December 21, 2021, the parties shall file such proof of service as set forth in the December 2, 2021 Order.

SO ORDERED.

Dated: December 17, 2021
       New York, New York

                                              _____
                                                      JOHN P. CRONAN
                                                 United States District Judge