UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
         :
ANDRES CARRILLO *et al.*,       :
         :
      Plaintiffs,    :
         :      19 Civ. 1365 (JPC)
   -v-     :
         :      <u>ORDER</u>
MONSTER CONSTRUCTION LLC   :
(D/B/A MONSTER CONSTRUCTION) *et al.*, :
         :
      Defendant.    :
         :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 28, 2021, the Court ordered Plaintiffs to serve Defendants via overnight courier with a copy of the Court's December 28, 2021 Order within one week of the date of the Order and to file proof of such service on the docket within two business days of service. Dkt. 198. The deadline for Plaintiffs to serve Defendants with the December 28, 2021 Order has passed and Plaintiffs have not filed proof of such service on the docket. Accordingly, it is hereby ORDERED that, by January 31, 2022, the parties shall file such proof of service as set forth in the December 28, 2021 Order.

      SO ORDERED.

Dated: January 27, 2022
      New York, New York

                                         JOHN P. CRONAN
                                      United States District Judge