```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                                Plaintiffs,                            :
                                                                       :    19 Civ. 1365 (JPC)
        -v-                                                            :
                                                                       :           ORDER
MONSTER CONSTRUCTION LLC                                               :
(D/B/A MONSTER CONSTRUCTION) et al.,                                   :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A hearing is scheduled on Plaintiffs' motion for default judgment, Dkts. 199-200, 204, on March 8, 2022 at 1:00 p.m., Dkt. 198. Plaintiffs have not moved for default judgment against Defendant Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration) even though Plaintiffs sought and obtained a Clerk's Certificate of Default as to this Defendant. *See* Dkts. 148, 155. It is hereby ORDERED that, by March 2, 2022, Plaintiffs shall advise the Court whether they intend to dismiss their claims against Defendant Galicia Construction Co., Inc. (d/b/a Galicia Contracting and Restoration) and, if not, how they intend to proceed as to their claims against this Defendant.

SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                        United States District Judge