```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                               Plaintiffs,                             :
                                                                       :   19 Civ. 1365 (JPC)
            -v-                                                        :
                                                                       :   ORDER
MONSTER CONSTRUCTION LLC                                               :
(D/B/A MONSTER CONSTRUCTION) et al.,                                   :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A hearing is scheduled on Plaintiffs' motion for default judgment, Dkts. 199-200, 204, on March 8, 2022 at 1:00 p.m., Dkt. 198. In connection with their motion for default judgment, Plaintiffs submitted, among other things, a Declaration of Catalina Sojo, Esq. in Support of Plaintiffs' Renewed Motion for Default Judgment, Dkt. 200, and a chart containing calculation of damages, Dkt. 200-24 ("Exhibit X"). The Court notes that there are discrepancies in the calculations of various categories of damages set forth in the Declaration and in Exhibit X. The Court further notes that Exhibit X does not provide any calculation of damages for Plaintiff Edson Abel Meza Alvarez. Accordingly, it is hereby ORDERED that Plaintiffs shall submit an updated Declaration and Exhibit X reflecting the correct calculation of damages. If Plaintiffs are unable to submit the updated filings by March 4, 2022, Plaintiffs shall request an adjournment of the March 8, 2022 default judgment hearing.

SO ORDERED.

Dated: March 1, 2022  
      New York, New York

                                                            JOHN P. CRONAN  
                                                          United States District Judge