UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANDRES CARRILLO *et al.*,                                         :
                                                                  :
                                    Plaintiffs,                    :
                                                                  :          19 Civ. 1365 (JPC)
                    -v-                                            :
                                                                  :                 ORDER
MONSTER CONSTRUCTION LLC                                          :
(D/B/A MONSTER CONSTRUCTION) *et al.*,                            :
                                                                  :
                                    Defendants.                    :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

         A hearing previously was scheduled on Plaintiffs' motion for default judgment, Dkts. 199-

200, 204, on March 8, 2022 at 1:00 p.m., Dkt. 198.  In connection with their motion for default

judgment, Plaintiffs submitted, among other things, a Declaration of Catalina Sojo, Esq. in Support

of Plaintiffs' Renewed Motion for Default Judgment, Dkt. 200, and a chart containing calculation

of damages, Dkt. 200-24 ("Exhibit X").  On March 1, 2022, the Court advised Plaintiffs that "there

are discrepancies in the calculations of various categories of damages set forth in the Declaration

and in Exhibit X," and ordered Plaintiffs to submit an updated Declaration and Exhibit X.  Dkt.

210.  In the event that Plaintiffs were unable to submit the updated filings by March 4, 2022, the

Court directed Plaintiffs to request an adjournment of the March 8, 2022 default judgment hearing.

*Id.*  On March 3, 2022, Plaintiffs requested "an additional 14 days to submit the updated

Declaration and Exhibit X and an additional 30 days for the default judgment hearing."  Dkt. 212.

The Court granted Plaintiffs' extension request that day, ordering Plaintiff to file the updated

Declaration and Exhibit X by March 18, 2022 and adjourning the March 8, 2022 hearing on

Plaintiffs' motion for default judgment to April 7, 2022, at 1:00 p.m.  Dkt. 213.  Plaintiffs,

however, submitted the updated Declaration and Exhibit X on March 4, 2022, well before the new

deadline.  Dkt. 214.

Accordingly, it is hereby ORDERED that the hearing on Plaintiffs' motion for default judgment scheduled for April 7, 2022, at 1:00 p.m. is rescheduled to March 29, 2022, at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  It is further ORDERED that Plaintiffs serve Defendants via overnight courier with a copy of this Order as well as the updated Declaration and Exhibit X, and file proof of service on the docket by March 9, 2022.

SO ORDERED.

Dated: March 7, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge