```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                            Plaintiffs,                                :
                                                                       :     19 Civ. 1365 (JPC)
            -v-                                                        :
                                                                       :     ORDER
MONSTER CONSTRUCTION LLC                                               :
(D/B/A MONSTER CONSTRUCTION) et al.,                                   :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 22, 2022, the Court granted Plaintiffs' request for extension of time to serve Defendants with the Amended Complaint and summons under Federal Rule of Civil Procedure 4(m) until April 22, 2022. Dkt. 231. On April 22, 2022, Plaintiffs filed affidavits of service of the summons and Amended Complaint on Defendants Galicia Construction Co., Inc. d/b/a Galicia Contracting and Restoration, Monster Construction LLC d/b/a Monster Construction, and Saul Sosa. Dkts. 234-36. The docket, however, does not reflect any affidavit of service of the summons and Amended Complaint as to Defendants Eric Hermosillo and Ronald E. Duarte-Lopez. Accordingly, it is hereby ORDERED that, by April 28, 2022, Plaintiffs shall file proof of such service as to these Defendants or advise the Court whether they are pursuing claims against these Defendants.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge