UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ANDRES CARRILLO *et al.*,

                Plaintiffs,

      -v-

MONSTER CONSTRUCTION LLC
(D/B/A MONSTER CONSTRUCTION) *et al.*,

                Defendants.
---------------------------------------------------------------------X

19 Civ. 1365 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On April 29, 2022, the Court granted Plaintiffs' request for extension of time to serve Defendant Eric Hermosillo with the Amended Complaint and summons under Federal Rule of Civil Procedure 4(m) until May 30, 2022. Dkt. 240. The May 30, 2022 deadline has passed and the docket does not reflect any affidavit of service of the summons and Amended Complaint as to Defendant Eric Hermosillo. Accordingly, it is hereby ORDERED that, by June 3, 2022, Plaintiffs shall file proof of such service as to Defendant Eric Hermosillo or advise the Court whether they request additional time to serve this Defendant.

      SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge