UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ANDRES CARRILLO *et al.*,                                              :
:
Plaintiffs,                                                            :
:  19 Civ. 1365 (JPC)
-v-                                                                    :
:  ORDER
MONSTER CONSTRUCTION LLC                                               :
(D/B/A MONSTER CONSTRUCTION) *et al.*,                                 :
:
Defendants.                                                            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 2, 2022, the Court granted Plaintiffs' request for extension of time to serve Defendant Eric Hermosillo with the Amended Complaint and summons under Federal Rule of Civil Procedure 4(m) until June 30, 2022. Dkt. 243. The June 30, 2022 deadline has passed and the docket does not reflect any affidavit of service of the summons and Amended Complaint as to Defendant Eric Hermosillo. Accordingly, it is hereby ORDERED that, by July 5, 2022, Plaintiffs shall file proof of such service as to Defendant Eric Hermosillo or advise the Court whether they request additional time to serve this Defendant. Plaintiffs are further reminded that they are expected to comply with Court ordered deadlines and, pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases, any request for an extension must be made at least 48 hours (*i.e.* two business days) prior to the deadline absent compelling circumstances. Requests for extensions ordinarily will be denied if made after the expiration of the original deadline.

SO ORDERED.

Dated: July 1, 2022
       New York, New York                               _____
                                                        JOHN P. CRONAN
                                                        United States District Judge