UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ANDRES CARRILLO *et al.*,                                              :
:
Plaintiffs,                                    :
:     19 Civ. 1365 (JPC)
-v-                                          :
:     ORDER
MONSTER CONSTRUCTION LLC                                               :
(D/B/A MONSTER CONSTRUCTION) *et al.*,                                 :
:
Defendant.                                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 6, 2022, the Court directed Plaintiffs to move for default judgment as to Defendants by July 20, 2022.  Dkt. 247.  The July 20, 2022 deadline has passed and the docket does not reflect any motion for default judgment filed by Plaintiffs.  Accordingly, it is hereby ORDERED that, by August 3, 2022, Plaintiffs shall advise the Court as to the status of their motion, including whether Plaintiffs request an extension of time to move for default judgment.

      SO ORDERED.

Dated: August 1, 2022
      New York, New York

                                                  JOHN P. CRONAN
                                               United States District Judge