```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANDRES CARRILLO et al.,                                          :
                                                                 :
                        Plaintiffs,                              :
                                                                 :         19 Civ. 1365 (JPC)
        -v-                                                      :
                                                                 :              ORDER
MONSTER CONSTRUCTION LLC                                         :
(D/B/A MONSTER CONSTRUCTION) et al.,                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 6, 2022, the Court granted Plaintiffs' request for an extension to file a renewed motion for default judgment by August 19, 2022. Dkt. 274. The Court also ordered Plaintiffs to serve their motion for default judgment and supporting paperwork on Defendants and to file an Affidavit of Service on ECF by August 23, 2022. *Id.* While Plaintiffs filed their renewed motion for default judgment on August 19, 2022, Dkt. 276, they failed to file an Affidavit of Service on ECF by August 23, 2022. Accordingly, Plaintiffs are directed to file an Affidavit of Service on ECF or a letter explaining why their motion for default judgment and supporting papers have not yet been served on Defendants by September 14, 2022.

SO ORDERED.

Dated: September 13, 2022
       New York, New York

                                              _____
                                                    JOHN P. CRONAN
                                                United States District Judge