UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
ANDRES CARRILLO *et al.*,          :
          :
         Plaintiffs,          :
          :    19 Civ. 1365 (JPC)
   -v-          :
          :    <u>ORDER</u>
MONSTER CONSTRUCTION LLC          :
(D/B/A MONSTER CONSTRUCTION) *et al.*,          :
          :
         Defendants.          :
          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On July 6, 2022, the Court ordered Plaintiffs to serve their motion for default judgment and supporting paperwork on Defendants and to file an Affidavit of Service on ECF by August 23, 2022. *Id.* After Plaintiffs failed to file an Affidavit of Service on ECF by the August 23, 2022 deadline, on September 13, 2022, the Court directed Plaintiffs to file an Affidavit of Service on ECF or a letter explaining why their motion for default judgment and supporting papers had not been served on Defendants by September 14, 2022. The September 14, 2022 deadline has passed and Plaintiffs have once again failed to comply with the Court's order.

    Accordingly, the hearing on Plaintiffs' motion for default judgment is adjourned *sine die*. Plaintiffs shall file a status letter by September 28, 2022, advising the Court as to the status of this case, including as to whether they intend to pursue a motion for default judgment and, if so, their efforts to serve Defendants with that motion.

    SO ORDERED.

Dated: September 15, 2022
      New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge