```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO, et al.,                                               :
                                                                       :
                                Plaintiffs,                            :
                                                                       :      19 Civ. 1365 (JPC)
                -v-                                                    :
                                                                       :      ORDER
MONSTER CONSTRUCTION LLC, et al.,                                      :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 1, 2022, the Court entered a Civil Case Management Plan and Scheduling Order. Dkt. 287. That Order directed the parties to file a post-discovery status letter by March 2, 2023. *Id.* That deadline has passed, and the docket does not reflect a letter from the parties. Accordingly, the Court adjourns *sua spote* the parties' deadline to file a post-discovery status letter until March 10, 2023. Failure to comply may result in an order dismissing the case for failure to prosecute.

SO ORDERED.

Dated: March 3, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge