```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                                Plaintiffs,                            :
                                                                       :         19 Civ. 1365 (JPC)
                -v-                                                    :
                                                                       :         ORDER
MONSTER CONSTRUCTION LLC et al.,                                       :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons discussed on the record at the conference held on April 11, 2023, Plaintiffs are hereby ORDERED to move for default judgment as to any remaining Defendants. Plaintiffs shall file their motion for default judgment, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases, or show cause why this case should not be dismissed for failure to prosecute by April 25, 2023. Pursuant to this Court's Individual Rules, Plaintiffs must serve their motion for default judgment and supporting paperwork on Defendants by April 24, 2023, and must file an Affidavit of Service on ECF by April 27, 2023. Defendants shall file any opposition to the motion for default judgment no later than May 9, 2023. Plaintiff shall file any reply no later than May 16, 2023.

It is further ORDERED that Defendants appear and show cause at a hearing before this Court on June 6, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, why an order should not be issued granting a default judgment against Defendants. In the event that Defendants do not appear, Plaintiff's counsel should be prepared to discuss any communications with Defendants or representatives for Defendants regarding their litigation and any intent to challenge the suit,

including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendant was served with the Summons and Complaint and this Order; why Plaintiff's counsel is confident that Defendant has been served with those documents and has received notice of the hearing; and the method for calculating damages.

It is further ORDERED that Plaintiffs serve Defendants via overnight courier with a copy of this Order and file proof of such service on the docket by April 18, 2023.

SO ORDERED.

Dated: April 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge