# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  
New York, New York 10165  

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jarret@csm-legal.com

May 19, 2023

**BY ECF**  
Hon. John P. Cronan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  

Re: **Carrillo et al v. Kay Waterproofing Corp. et al**  
*Case No. 19-cv-01365 (JPC) (SLC)*

Your Honor:

We as attorneys for Plaintiffs were able to discuss this matter with Defendant Saul Sosa over the past couple of weeks. Defendant Sosa is cooperating with our office in the hopes of resolving this matter. As such, we will not be moving forward with the default judgment against Defendant Sosa and Corporate Defendant Monster Construction LLC (d/b/a Monster Construction). However, we wish to continue moving forward with the default judgment against Defendant Ronald E. Duarte-Lopez since he has not filed an answer, nor reached out to our office.

Plaintiffs thank the Court for their attention to this matter and for your continued patience.

The request is granted. Plaintiffs' motion for default judgment is denied without prejudice as to Defendant Sosa. Plaintiffs and Sosa shall submit a joint status letter as to any resolution of the matter by June 1, 2023.

SO ORDERED.

May, 22, 2023  
New York, New York

Respectfully submitted,

/s/ *Jarret Bodo*  
Jarret Bodo, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiffs*

_____  
JOHN P. CRONAN  
United States District Judge

*Certified as a minority-owned business in the State of New York*