```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ANDRES CARRILLO et al.,                             :
                                                    :
                            Plaintiffs,             :
                                                    :          19 Civ. 1365 (JPC)
        -v-                                         :
                                                    :          ORDER
RONALD E. DUARTE-LOPEZ,                             :
                                                    :
                            Defendant.              :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiffs shall promptly serve Defendant Duarte-Lopez with Summons and a copy of the operative Complaint and file proof of such service on the docket. Plaintiffs shall submit a status letter within seven days of Defendant's deadline to answer as to how the parties wish to proceed. In the event that Defendant fails to respond to the Complaint by his deadline to do so, Plaintiffs should propose a schedule for their renewed motion for default judgment.

SO ORDERED.

Dated: June 13, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge