```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                               Plaintiffs,                             :
                                                                       :          19 Civ. 1365 (JPC)
                -v-                                                    :
                                                                       :          ORDER
RONALD E. DUARTE-LOPEZ,                                                :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 13, 2023, the Court ordered Plaintiffs to promptly serve Defendant at his newly discovered address, and file proof of such service on the docket. *See* June 13, 2023 Minute Entry. The docket does not reflect any new proof of service. Accordingly, if no proof of service is filed by July 12, 2023, Plaintiffs shall file a status letter that day explaining why they have been unable to serve Defendant.

SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                                    _____
                                                              JOHN P. CRONAN
                                                          United States District Judge