```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANDRES CARRILLO et al.,                                                :
                                                                       :
                           Plaintiffs,                                 :
                                                                       :          19 Civ. 1365 (JPC)
              -v-                                                      :
                                                                       :              ORDER
RONALD E. DUARTE-LOPEZ,                                                :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Duarte-Lopez was served with Summons and the Amended Complaint on July 10, 2023, making his answer due by July 31, 2023. Dkt. 321. That deadline has passed, and the docket does not reflect an appearance by Duarte-Lopez or a response to the Amended Complaint. Accordingly, Duarte-Lopez's deadline to appear and respond to the Amended Complaint is adjourned to August 8, 2023. If Duarte-Lopez once again fails to respond to the Amended Complaint by his deadline to do so, Plaintiffs shall seek a revised Certificate of Default for Duarte-Lopez by August 10, 2023.

Plaintiffs shall mail a copy of this Order to the address at which they served Duarte-Lopez, and use best efforts to contact Duarte-Lopez via telephone or email to notify him of the Court's Order.

SO ORDERED.

Dated: August 1, 2023
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                        United States District Judge