UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRES CARRILLO, EDSON ABEL MEZA
ALVAREZ, EDWIN ALEJANDRO MORAN SALAS,           **Index No.: 19-cv-01365-JPC**
ISRAEL MURGUEITIO CORDOVA, MANUEL
CHUQUI, MANUEL MESIAS CHALCO LUCERO,            **NOTICE OF MOTION FOR**
PERCY PREMPEH-MANN, and RAUL CHAVEZ             **DEFAULT JUDGMENT**
DIAZ,

                    *Plaintiffs*,

    -against-

RONALD E. DUARTE-LOPEZ,

                    *Defendant*.
------------------------------------------------------------------------X

## NOTICE OF MOTION

    Please take notice that, upon the annexed declaration of Jarret Bodo, the attached exhibits, the Declaration of Plaintiffs Andres Carrillo, Edwin Alejandro Moran Salas, Israel Murgueitio Cordova, Manuel Chuqui, Manuel Mesias Chalco Lucero, Percy Prempeh-Mann, and Raul Chavez Diaz, and all prior papers and proceedings in this case, Plaintiffs, by counsel, will move this court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Ronald E. Duarte-Lopez.

    Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
        August 17, 2023

By:    */s/ Jarret Bodo*
Jarret Bodo, Esq.
CSM LEGAL, P.C.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
Email: jarret@csm-legal.com

To:

Ronald E. Duarte-Lopez
106 Jackson Avenue, Apt. 2
Nyack, NY 10960