UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANDRES CARRILLO, EDSON ABEL MEZA
ALVAREZ, EDWIN ALEJANDRO MORAN
SALAS, ISRAEL MURGUEITIO
CORDOVA, MANUEL CHUQUI, MANUEL
MESIAS CHALCO LUCERO, PERCY
PREMPEH-MANN, and RAUL CHAVEZ
DIAZ,

                               *Plaintiffs,*

           -against-

RONALD E. DUARTE-LOPEZ,

                               *Defendant*
-------------------------------------------------------X

Index No.: 1:19-cv-01365-JPC

**PROPOSED
DEFAULT JUDGMENT**

## **JUDGMENT**

On February 13, 2019, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaints in this action having been duly served on defendant Ronald E. Duarte-Lopez, and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys CSM Legal, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiffs have judgment against Defendant RONALD E. DUARTE-LOPEZ in the amount of $30,102.35 including (A) compensatory damages for unpaid overtime compensation in the amount of $6,660.94; (B) liquidated damages for overtime compensation in the amount of $6,660.94; (C) pre-judgment interest on unpaid overtime compensation calculated at the rate of 9% per annum to the date of judgment, totaling $2,947.48 as of September 15, 2023; and (D) compensatory damages for unpaid wages in the amount of $13,833.00;

That Plaintiffs are awarded attorney's fees in the amount of $2,105.00, and costs in the amount of $809.00.

That Plaintiffs are awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent (15%), as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____, 2023

                                                                HONORABLE JOHN P. CRONAN
                                                                 UNITED STATES DISTRICT JUDGE

To:

Ronald E. Duarte-Lopez
106 JACKSON AVENUE, APT. 2
NYACK, NY 10960