UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
        :
ANDRES CARRILLO *et al.*,        :
        :
        Plaintiffs,        :
        :    19 Civ. 1365 (JPC)
    -v-        :
        :    DEFAULT JUDGMENT
MONSTER CONSTRUCTION LLC *et al.*,        :
        :
        Defendants.        :
        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        This action having been commenced by Plaintiffs on February 13, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Ronald E. Duarte-Lopez, on July 10, 2023 by personally delivering and leaving the same with Maria Duarte at Defendant's residence and proof of service having been filed on July 12, 2023, and Defendant having not answered the Complaint, and the time for answering the Complaint having expired, and the Court having found at a default judgment hearing on September 7, 2023, that Defendant had notice of the filing of this case and of the default judgment hearing, and that the well-pleaded allegations of the Complaint sufficiently state a cause of action as to the First, Second, Third, and Fourth Causes of Action, and the Court having dismissed without prejudice the claims brought by Plaintiff Edson Abdel Meza Alvarez, as well as the Fifth, Sixth, Seventh, and Eighth Causes of Actions for reasons stated on the record; it is

        ORDERED, ADJUDGED AND DECREED: That Plaintiffs have judgment against Defendant Duarte-Lopez in the amount of $30,102.35, which includes (A) compensatory damages for unpaid overtime compensation in the amount of $6,660.94; (B) liquidated damages for unpaid overtime compensation in the amount of $6,660.94; (C) pre-judgment interest on unpaid overtime

compensation calculated at the rate of 9% per annum to the date of judgment, totaling $2,947.48 as of September 15, 2023; and (D) compensatory damages for unpaid wages in the amount of $13,833.00;

That Plaintiffs are awarded attorney's fees in the amount of $2,105.00, and costs in the amount of $809.00;

That Plaintiffs are awarded post-judgment interest, as calculated under 28 U.S.C. § 1961;

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent (15%), as required by NYLL § 198(4).

SO ORDERED.

Dated: September 25, 2023
      New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge